5-11-2015

Fourth Court of Appeals
300 Dolorosa, Ste 3200
San Antonio, TX 78205-3037



Re: Court of Appeals Number: 04-14-000674-CV and 04-14-000675-CV

Trial Court Case Number: CV-14-0000180 AND CV-14-0000239

Style: John N Donohue V Daniel R. Butts, et al.


To The Honorable Fourth Court:

I am in Receipt of Notice of formal Submission on Briefs only set for June 3, 2015. It appears that the Court May try to Combine the two above styled and Numbered Causes. These are Separate Causes of action with Separate Actors, who have yet to Be identified, with the Exception of Sheriff Daniel R. Butts and Deputy J. J. Martinez. These Causes are not one in the Same. They take place on Separate dates on Separate Locations on the Same Property and are filed on Separate dates.


Example: Cause No. CV-14-0000180


Clerk's Record - Page 6
Style: John N Donohue V Daniel R Butts...; John Doe #1; et. al.
Title: Original Notice of Assault and False Imprisonment
Filed: June 4, 2014


(cont)

(11)

CUTTER - S-H-DIS - CNT.

CLERK'S RECORD - PAGE 21

STYLE: JOHN M DONOHUE, OWNER; 2005 DODGE HD 2500 TRUCK... ✓
DANIEL R BUTTS, SHERIFF, RESPONDENT SUPERIOR

TITLE: ORIGINAL NOTICE OF COMPLAINTS AND CLAIMS FOR RELIEF

FILED: JUNE 11, 2014


CLERK'S RECORD - PAGE 87

STYLE: JOHN MICHAEL DONOHUE, OWNER. 2005 DODGE HD 2500 TRUCK...
✓ DANIEL R BUTTS, SHERIFF. RESPONDENT SUPERIOR

TITLE: DEFENDANT'S PLEA TO THE JURISDICTION, PLEA IN ABATEMENT, AND
ORIGINAL ANSWER.

FILED: JULY 7, 2014


APPELLEE'S BRIEF

STYLE: JOHN M DONOHUE V BANDERA COUNTY SHERIFF'S DEPARTMENT; DANIEL
R. BUTTS, SHERIFF; J.J. MARTINEZ, ET AL.

TITLE: APPELLEE'S BRIEF

FILED: MARCH 18, 2015


     PAGE 6 AND PAGE 21 OF THE CLERK'S RECORD ARE HANDWRITTEN
BY APPELLANT AND WERE INTENDED AS TWO 'STAND ALONE' LAW SUITS. THE
COUNTY CLERK COMBINED THEM AND WOULD NOT SEPARATE THEM EVEN
AFTER COMPLAINT WAS FILED.

     APPELLANT CONTENDS THAT APPELLEE'S HAVE NOT RESPONDED TO
THE LAWSUIT BEGINNING ON PAGE 6, PLAINTIFF'S ORIGINAL NOTICE OF ASSAULT
AND FALSE IMPRISONMENT, BECAUSE THE STYLE: JOHN M DONOHUE ✓

(2)

Daniel R. Butt...; John Doe #1,... et al. is not used in any of Appellee's documents and Appellee's original answer was filed after the deadline date as it relates to Clerk's Record Page 6 which was filed on June 4, 2014. Appellant submitted motion for Nihil Dicit judgement, but the trial court did not respond.

Cause No. CV-14-0000238 was filed because Appellant never got a confirmation from the District Clerk that Clerk's Record Page 21, was filed. Appellant was not aware of the actual suits being combined until he received the Clerk's Record, which was after plea to the jurisdiction had been granted

Thank you for your attention to this matter and I apologize for taking up the court's time, if my assumption was incorrect.

Respectfully submitted,

John M Donnley, pro se
Appellant

John M Donnley
Duncan Unit 189573
1502 South 1st St
D. Boll, TX 75941

(3)

Letter - 5-11-2015 - Cont.

## Verification

I, JOHN M DONAHUE, UNDER PENALTY OF PERJURY, VERIFY AND DECLARE THAT THE INFORMATION CONTAINED IN THE FOREGOING LETTER IS TRUE AND CORRECT. EXECUTED ON THIS THE 11TH DAY OF MAY 2015.

*John M Donahue*

## Certificate of Service

I CERTIFY THAT THAT THE FOREGOING LETTER WAS SENT VIA 1ST CLASS US MAIL ON THIS THE 11TH DAY OF MAY, 2015, TO:

McGINNIS LOCKRIDGE
MICHAEL SHAUNESSY
600 CONGRESS AVE, STE 2100
AUSTIN, TX 78701

*John M Donahue*



NORTH HOUSTON TX

12 MAY 2015 PM 1 L

Fourth Court of Appeals
300 Dolorosa, Ste 3200
San Antonio TX 78205-3037

78205313000

Legal Mail